

MO #17805438077

**RECEIPT** DATE 7-28-2018 No. 882119

RECEIVED FROM Daniel Perez

$70.00

Seventy Dollars + 00/100 ———— DOLLARS

FOR RENT
FOR ———— Space # 17

| ACCOUNT | 70. | ○ CASH | |
|---|---|---|---|
| PAYMENT | 70. | ○ CHECK ⊘ MONEY ORDER | FROM 8-20 TO 9-2018 |
| BAL DUE | 0 | ○ CREDIT CARD | BY Mail M |

Exhibit A _

mailed MO #17-788996505

## RECEIPT

DATE 7-2-2018    No. 819986

RECEIVED FROM Daniel Perez    $ 70.00

Seventy Dollars + 00/100    DOLLARS

☑ FOR RENT
☑ FOR    space #17

| | | |
|---|---|---|
| ACCOUNT | 70 — | ○ CASH |
| PAYMENT | 70 — | ○ CHECK |
| BAL. DUE | | ☑ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM 7-2018 TO 8-2018

BY _(signature)_

## RECEIPT

DATE ▓▓▓▓▓    No. ▓▓▓▓▓





mott? I didnt pick

# RECEIPT
DATE 6-4-2018 No. 819947

RECEIVED FROM Daniel Perez

$ 70.00

Seventy Dollars & 00/100 _____ DOLLARS

☐ FOR RENT
☒ FOR _____ Space #17

| ACCOUNT | 70 | ○ CASH | |
|---------|-----|---------|---|
| PAYMENT | 20 | ○ CHECK | FROM 6-2018 TO 7-2018 |
| BAL. DUE | 0 | ⊗ MONEY ORDER | |
| | | ○ CREDIT CARD | BY |

MO # 8306 (mailed)

# RECEIPT

DATE 5-1-2018    No. 203376

RECEIVED FROM Daniel Perez    $ 70.00

Seventy Dollars 00/100 _____ DOLLARS

☒ FOR RENT
☐ FOR _____ Space #17

| ACCOUNT | 70 — | ☐ CASH | | | |
|---------|------|--------|---|---|---|
| PAYMENT | 70 — | ☐ CHECK | FROM 5-2018 | TO | 6-2018 |
| | | ☒ MONEY ORDER | | | |
| BAL. DUE | 0 — | ☐ CREDIT CARD | BY | | |

MO #013808097

**RECEIPT** DATE 4-14-2018 No. 203360

RECEIVED FROM Daniel Perez          $ 70.00

Seventy Dollars + 00/100 DOLLARS

☑ FOR RENT
☑ FOR          Spaces #7

| ACCOUNT | 70 — | ○ CASH |
|---------|------|--------|
| PAYMENT | 70 — | ○ CHECK |
| BAL. DUE | 0 | ☑ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM 4-2018 TO 5·2018

BY _Nlord_

MO # 247959202 15

**RECEIPT** DATE 2-26-2018 No. 203308

RECEIVED FROM Daniel Perez          $ 80.00

Eighty Dollars + 00/100          DOLLARS

☒ FOR RENT
☐ FOR          Car space # 17

| ACCOUNT | 80 | ○ CASH | FROM 3-2018 TO 4-2018 |
|---|---|---|---|
| PAYMENT | 80 | ○ CHECK | |
| | | ☒ MONEY ORDER | |
| BAL. DUE | 0 | ○ CREDIT CARD | BY |



RECEIPT

**RECEIPT**

DATE 2-9-2018     No. **092972**

RECEIVED FROM Daniel Perez     $ 80.00

Eighty Dollars + 00/100 ____ DOLLARS

☐ FOR RENT
☐ FOR ___ Space #17

| ACCOUNT | 90 — | ○ CASH | FROM 2-2018 TO 3-2018 |
| PAYMENT | 80 — | ○ MONEY ORDER | |
| BAL. DUE | 10 — | ○ CHECK | BY Maria Arell |
| | | ○ CREDIT CARD | |

Dep.

E

**RECEIPT**

DATE 1-3-2018  No. 092901

RECEIVED FROM Daniel Perez

$ 70.00

Seventy Dollars + 00/100 ———————— DOLLARS

○ FOR RENT
○ FOR Space #17

| | | | |
|---|---|---|---|
| ACCOUNT | 70 - | ○ CASH | FROM 1-2018 TO 2-2018 |
| PAYMENT | 70 - | ○ MONEY ORDER ○ CHECK | |
| BAL. DUE | ○ - | ○ CREDIT CARD | BY Charles Parker |

adams 1182