**Jada Wood**
_____

| | |
|---|---|
| From: | Jada Wood <jadaw@findbankruptcy.com> |
| Sent: | Thursday, April 12, 2018 3:05 PM |
| To: | lisabalderas945@hotmail.com |
| Subject: | Perez, 17-44735 |
| Attachments: | Perex to Automax.pdf |

HI Lisa,

I have attached the debtor's bankruptcy schedules that shows that you were listed, and the code.

In a nutshell, you can either come and pick up the vehicle ( Keep in mind that it does not run) ,

OR, you can surrender the title to the debtor, free and clear of any liens.

Failure to do anything will require us filing an adversary to force you to act.

We represent the debtor, and , therefore, are not giving you any suggestions or legal advice on what to do.

Respectfully,

*Jada R. Wood*

Attorney at Law
WSBA No. 51362

*Dorothy A. Bartholomew, PLLC*
5310 12th Street East, Suite C
Fife, Washington 98424

Phone #  253-922-2016
Fax #     253-922-2053

This communication is private and confidential. Additionally, it is intended to constitute an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510. Its disclosure is strictly limited to the recipient intended by the sender of this message. This communication contains confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete and destroy all copies of this communication.



# DOROTHY A. BARTHOLOMEW, PLLC
Attorneys at Law
253-922-2016

| | |
|---|---|
| Daniel Perez | Statement Date: 08/15/2018 |
| 3826 18th St Ct E | Statement No. 33336 |
| Edgewood, WA 98371 | Account No. 3388.07 |

7P - $1,200 - PIF

Interim Statement

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 02/26/2018 | JW | Debtor called and said that Automax. in Yakima. The debtor does not want the car. I told him that we miought have to sue the lienholder on the vehicle and if we do. it is not a quick fix. | 250.00 | 0.10 | 25.00 |
| 03/09/2018 | JW | Called Lisa at Automax in Yakima. She said that the debtor had not paid on the vehicle since 2011 and it was unlikely they would release the title. I told her then they could come and pick it up. | 250.00 | 0.10 | 25.00 |
| 04/04/2018 | JW | Spoke with the agent Lisa at Automax and told her to ask the owner if he wanted to either pick up the car, or hand over the title so the debtor could dispose of it. | 250.00 | 0.10 | 25.00 |
| 04/12/2018 | JW | I spoke with Linda from Auto Max of Yakima. The owner has been out of town and has not decided what he wants to do yet. She did not have her notes with her but wants to know what the options are so that she can present them to him. She requested that I send her their options via email. The email address she provided is lindabalderas945@hotmail,com. She does not believe the owner will want to come pick up the car due to the fact that it does not run and is being kept in storage. | 250.00 | 0.10 | 25.00 |
| | JW | Drafted email to Lisa at automax. per her request. She wanted the options in writing so she could present it to the owner. Attached schedules and SOI. | 250.00 | 0.30 | 75.00 |
| 07/10/2018 | JW | Debtor's counsel called Lisa at #509-453-9399. I told her that they needed to either come and pick up the vehicle or tunr over the title. I told her that we would have to sue. I gave her my number and told her that it was stored at: Evergreen Storage in Puyallup. 14611 Meridian E. Puyallup, WA 98375. She indicated that she would speak with the owner and get back to me. | 250.00 | 0.10 | 25.00 |
| | JW | Drop in visit from the client regarding his having to wait for Automax in Yakima to make a decision regarding the Mitusbishi. | | | |

Page 1

7P - $1,200 - PIF

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | He is incurring monthly storage fees that are unnecessary and burdensome. | 250.00 | 0.50 | 125.00 |
| 07/30/2018 | JW | Another drop in visit from the client. Call to Automax. Same vehicle issue. | 250.00 | 0.50 | 125.00 |
| 08/13/2018 | JW | Called Automax to speak with the owner. He was there but he would not pick up, so I left my number for a return call. | 250.00 | 0.10 | 25.00 |
| 08/15/2018 | JW | Prepare adversary for the Turnover of Title. | 250.00 | 1.00 | 250.00 |
|  |  | For Current Services Rendered |  | 2.90 | 725.00 |

| Jada Wood | 2.90 | $250.00 | $725.00 |
|---|---|---|---|

| 08/15/2018 | Certified mail, return receipt for Adversary to Automax. (3 Recipients) | 22.89 |
|---|---|---|
|  |  | 22.89 |

Total Current Work                                            747.89

Balance Due                                                   $747.89


Your trust account #1 balance is

|  |  |  |
|---|---|---|
|  | Opening Balance | $0.00 |
| 10/05/2017 | 672076 - Cash | 170.00 |
| 01/12/2018 | MEA8509171231 |  |
|  | PAYEE: CIN Legal Data Services | -40.00 |
| 01/13/2018 | 17-44735 - 24343522 |  |
|  | PAYEE: United States Bankruptcy Courts | -100.00 |
| 01/13/2018 | Refund |  |
|  | PAYEE: Daniel Perez | -30.00 |
| 01/29/2018 | 747355 - Cash | 25.00 |
|  | Closing Balance | $25.00 |

Please Remit                                                  $747.89

**Fill in this information to identify your case:**

Debtor 1: Daniel Perez
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number: 17-44735
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 | **America's Credit Union** — Creditor's Name<br>Describe the property that secures the claim:<br>2010 Acura TSX<br>NADA Estimate:<br>Clean Retail- $10,850.00<br>Clean Trade-In- $8,575.00<br>Average Trade-In- $7,575.00<br>Rough Trade-In- $6,350.00<br><br>Attn: Bankruptcy Dept<br>PO Box 33338<br>Tacoma, WA 98433-0338<br>Number, Street, City, State & Zip Code | $19,857.31 | $8,575.00 | $11,282.31 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Purchase Money Security Interest

Date debt was incurred _____   Last 4 digits of account number _____

| 2.2 | **Automax** — Creditor's Name<br>Describe the property that secures the claim:<br>2003 Mitsubishi Galant 190000 miles<br>NADA Estimate:<br>Clean Retail- $10,850.00<br>Clean Trade-In- $8,575.00<br>Average Trade-In- $7,575.00<br>Rough Trade-In- $6,350.00<br>Not Running- In Storage<br><br>1701 South 1st Street<br>Yakima, WA 98901<br>Number, Street, City, State & Zip Code | $2,000.00 | $4,350.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

Official Form 106D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of 2

Debtor 1   **Daniel Perez**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (if known)   **17-44735**

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   **$21,857.31**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   **$21,857.31**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1    Daniel Perez
           First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number    17-44735
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: America's Credit Union<br><br>Description of property securing debt: 2010 Acura TSX<br>NADA Estimate:<br>Clean Retail-$ 10,850.00<br>Clean Trade-In- $ 8,575.00<br>Average Trade-In-$ 7,575.00<br>Rough Trade-In- $ 6,350.00 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: Automax<br><br>Description of property securing debt: 2003 Mitsubishi Galant 190000 miles<br>NADA Estimate:<br>Clean Retail-$ 10,850.00<br>Clean Trade-In- $ 8,575.00<br>Average Trade-In-$ 7,575.00<br>Rough Trade-In- $ 6,350.00<br>Not Running- In Storage | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**    **Will the lease be assumed?**

Lessor's name:     Justin Renney

☐ No
■ Yes

Description of leased Property:   Residential Room Lease Expires 3rd, October 2018.

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X   /s/ Daniel Perez                                    X _____
    Daniel Perez                                            Signature of Debtor 2
    Signature of Debtor 1

    Date    April 12, 2018                              Date _____