1

2

3

4

5

6

7

8

9

10                    **IN THE UNITED STATES BANKRUPTCY COURT**
                     **FOR THE WESTERN DISTRICT OF WASHINGTON**
11

12   In re:                              CHAPTER 7

13   DANIEL PEREZ,                        BANKRUPTCY NO. 17-44735

14          Debtor.

15                                        ADVERSARY NO. 18-4053

16   DANIEL PEREZ,

17          Plaintiff,

18                        vs.

19   AUTOMAX USA,

20          Defendant.                    JUDGMENT

21

22                           **JUDGMENT SUMMARY**

23          There is a monetary judgment in this case.  The amount awarded is $1,330.00 owed by

24   the defendant Automax USA.

25

26                                        Dorothy A. Bartholomew
                                          WSBA No. 20887
27                                        DOROTHY BARTHOLOMEW, PLLC
                                          5310 12th Street East, Suite C
28                                        Fife, WA 98424
                                          Phone: (253) 922-2016
                                          Fax: (253) 922-2053

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Court, having reviewed the pleadings and files herein, having heard the argument of counsel, if any, and being otherwise, fully informed on the premises does hereby make the following findings of fact:

1.    The debtor did file a bankruptcy petition in the above-referenced case.

2.    The Court has jurisdiction to hear the matter as a "core" proceeding.

3.    The defendant, Automax USA was named in the bankruptcy schedules.

4.    Automax USA was served properly, and more than thirty (30) days have elapsed with no response.

5.    A separate order has been issued granting a default against Defendant.

6.    Defendant is the holder of the title to the 2003 Mitsubishi Galant Vin # 4A3AA46G83E092993.

7.    The debtor has been incurring storage fees of $70-$80 per month.

8.    As of the filing of the complaint, the amount in storage fees spent by debtor is $580.00.

9.    Debtor and debtor's counsel have made multiple requests to the defendant to either turn over the title or to come and pick up the vehicle.

10.   The debtor has incurred reasonable attorney fees of $750.00 in filing this action.

Now, therefore, it is hereby;

Dorothy A. Bartholomew
WSBA No. 20887
DOROTHY BARTHOLOMEW, PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
Fax: (253) 922-2053

**ORDERED** that the Plaintiff is granted a Default Judgment against Defendant; it is further

**ORDERED** that the Defendant Automax USA, shall either turn over the title to the 2003 Mitsubishi Galant, or retrieve the property from storage within 30 days of entry of this Order; is further

**ORDERED** that the debtor is **awarded $1,330.00** in reasonable attorney fees and costs for having to file this action.

**IT IS SO ORDERED.**

///End Of Order///

Presented by:

*/s/ Dorothy A. Bartholomew*
Dorothy A. Bartholomew
WSBA No. 20887
Dorothy Bartholomew, PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
FAX: (253) 922-2053
Attorney for Daniel Perez

Dorothy A. Bartholomew
WSBA No. 20887
DOROTHY BARTHOLOMEW, PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
Fax: (253) 922-2053